IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSA M. VELAZQUEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-07-1213 |
| HSBC CREDIT CENTER, INC., | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

As the Court has granted Defendant HSBC Credit Center, Inc.'s, Motion for Complete Summary Judgment (Document No. 14) with respect to all Plaintiff's causes of action, the Court hereby

ORDERS that final judgment be entered in favor of Defendant for all of Plaintiff's claims. Plaintiff's claims against Defendant are DISMISSED. Plaintiff shall take nothing from Defendant.

THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas on this __8__ day of August, 2008.

DAVID HITTNER
United States District Judge